UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAFAEL MALDONADO LEON,

       Petitioner,

    v.                             Case No.:  2:26-cv-01260-SPC-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER *et
al.*,

       Respondents,

_____/

## OPINION AND ORDER

Before the Court are petitioner Rafael Maldonado Leon's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 6). Maldonado Leon a noncitizen who is subject to a removal order and an order of supervision. He alleges the government revoked his release and detained him without due process. The federal respondents state they cannot "establish that Petitioner's supervised release was revoked according to the procedures established by law" and "do not oppose Petitioner's request for release at this time." (Doc. 6).

Accordingly, it is hereby

**ORDERED:**

Rafael Maldonado Leon's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Maldonado Leon within 24 hours of this Order and give him telephone access so he can arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record